UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREVER FOUNDATIONS & FRAME, LLC, a California limited liability company; and CYBIL, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>OPTIONAL PRODUCTS, LLC, a Tennessee limited liability company; and DOES 1 through 10,<br><br>Defendants. | CASE NO. SACV13-01779 DOC (RNBx)<br><br>[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION<br><br>Date: December 22, 2014<br>Time: 8:30 a.m.<br>Courtroom: 9D |

Defendant OPTIONAL PRODUCTS, LLC ("Defendant") has failed to defend this action as required by Federal Rule of Civil Procedure 55. Accordingly, the Court, having considered the papers filed in support of Plaintiffs' FOREVER FOUNDATIONS & FRAME, LLC and CYBIL, LLC (collectively, "Plaintiffs'") Application For Default Judgment filed herewith, hereby DECREES and ORDERS:

1. Defendant has infringed, and is infringing, United States Patents Nos. 7,882,581 and 7,937,788 (the "'581 Patent" and "'788 Patent," respectively) by selling its metal bed frames, which are sold under the name "Eco Stow" and "Eco

Stow Supreme" (the "Eco Stow Frames");

2. Defendant and its officers, directors, employees, agents, partners, attorneys, shareholders, assignees, successors-in-interest, and all persons acting in concert with them are hereby enjoined during the lives of the '581 and '788 Patents from manufacturing, distributing, advertising, offering for sale, selling, promoting, displaying, marketing, using, or importing into the United States any Eco Stow Frames, or any other metal bed frame that infringes one or more claims of the '581 or '788 Patents;

3. Defendant and its officers, directors, employees, agents, partners, attorneys, shareholders, assignees, successors-in-interest, and all persons acting in concert with them are hereby enjoined during the life of the '581 and '788 Patents from inducing, assisting, aiding and/or abetting any person in any way from manufacturing, distributing, advertising, offering for sale, selling, promoting, displaying, marketing, using and/or importing into the United States any Eco Stow Frames or any other metal bed frame that infringes one or more claims of the '581 or '788 Patents;

4. Plaintiffs are awarded damages for lost profits in the amount of $34,230 against Defendant;

5. The Court finds that Defendant has willfully infringed the '581 or '788 Patents and, therefore, trebles the actual lost profits damages. As a result, the Court awards total damages in the amount of $102,690;

6. Plaintiffs are awarded their attorneys' fees in the amount of $28,612;

7. Plaintiffs are awarded their costs in the amount of $1,007;

8. No later than March 1, 2015, Defendant shall produce all documents related to sales of Defendant's Eco Stow Frames or any metal bed frames substantially similar to the Eco Stow Frames;

9. No later than March 1, 2015, Defendant shall provide an accounting of all sales of the Eco Stow Frames and any substantially similar metal bed frames,

including the number of sales of such frames, the date of sale, the identity of the purchaser, and the sales price;

10. If they desire, Plaintiffs may serve written interrogatories to Defendant regarding Plaintiffs' damages, which Defendant shall respond to in the time and in the manner required by the Federal Rules of Civil Procedure;

11. Plaintiffs may also take a deposition regarding their damages, and Defendant will appear at Plaintiffs' counsel's office for such deposition upon proper notice thereof; and

12. Plaintiffs may file further papers with the Court for additional damages after Defendant provides an accounting and discovery responses regarding its infringing sales.

Dated: December 19, 2014

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge